# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                   **CASE NO: 6:17-cr-301-Orl-31GJK**

**PRINCE TOBURAS JERMAINE ROLLE**

---

## ORDER

This cause is before the court after jury trial proceedings held June 22, 2018, during which the jury informed the Court that it was unable to reach a unanimous verdict. Therefore, for the reasons stated in open court, it is

**ORDERED** that a mistrial is hereby declared. A new trial will be scheduled under separate notice.

**DONE** and **ORDERED** in Orlando, Florida on June 25, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant