UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                CASE NO: 6:17-cr-301-Orl-31GJK

PRINCE TOBURAS JERMAINE
ROLLE

_____

### VERDICT FORM

1. **Count One of the Indictment**

   As to the offense charged in Count One, possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1),

   We, the Jury, find the defendant, PRINCE TOBURAS JERMAINE ROLLE:

   Guilty ____✓____                    Not Guilty _____

2. **Count Two of the Indictment**

   As to the offense charged in Count Two, possession of a firearm and ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g)(1),

   We, the Jury, find the defendant, PRINCE TOBURAS JERMAINE ROLLE:

   Guilty ____✓____                    Not Guilty _____

SO SAY WE ALL, this __6__ day of ~~June~~ September, 2018.

_Dawn B. Rivas_    Dawn B. Rivas
**FOREPERSON**