# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

April 17, 2020

Clerk - Middle District of Florida  
U.S. District Court  
401 W CENTRAL BLVD  
ORLANDO, FL 32801

Appeal Number: 19-10105-HH   ; 19-10122 -HH  
Case Style: USA v. Prince Toburas Rolle  
District Court Docket No: 6:09-cr-00103-GAP-GJK-1  
Secondary Case Number: 6:17-cr-00301-GAP-GJK-1

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall  
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

Nos. 19-10105 ; 19-10122

_____

District Court Docket Nos.
6:09-cr-00103-GAP-GJK-1; 6:17-cr-00301-GAP-GJK-1

UNITED STATES OF AMERICA,

                                              Plaintiff - Appellee,

versus

PRINCE TOBURAS JERMAINE ROLLE,

                                              Defendant - Appellant.

_____

Appeals from the United States District Court for the
Middle District of Florida

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 19, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

ISSUED AS MANDATE 04/17/2020